UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

NEIL DYER                                             CASE NO.:  5:14-cv-509-OC-30PRL

      Plaintiff,
vs.

The Bank of NY Melon, f/k/a The Bank of NY
as Successor in Interest to JPMorgan Chase
Bank, N.A. f/k/a JPMorgan Chase Bank, as
Trustee for Structured Asset Mortgage Investments II, Inc.,
Bears Stearns Alta-A-Trust, Mortgage Pass-Through
Certificates Series 2004-5, JPMorgan Chase Bank, N.A.,
Chase Home Finance LLC, Select Portfolio Servicing, Inc.,
Choice Legal Group, P.A., Claudia Buron Moline,
Sheena Fernandez, Albertelli Law Arizona, P.A.,
Rugh Cline, Vernon A. Woodson, Robert Bowen,
Michael Bringuier, Frenkel Lambert Weiss
Weissman & Gordon, LLP, and Matthew Hearne,

      Defendants.
_____/

## NOTICE OF APPEARANCE AND NON-OBJECTION
## TO PLAINTIFF'S MOTION FOR STAY

COME NOW, Walter A. Ketcham, Jr., Esquire and Ramon Vazquez, Esquire, of the firm of Grower, Ketcham, Rutherford, Bronson, Eide & Telan, P.A., and file this their Notice of Appearance as counsel for Defendants, Frenkel Lambert Weiss Weissman & Gordon, LLP and Matthew Hearne, in the above-styled cause.

It is requested that the Court and the parties take notice of same and serve the undersigned attorneys with copies of all pleadings and documents regarding the instant case.

Additionally, the appearing Defendants are aware of Plaintiff's "Motion for Stay of Proceedings" (Doc. #11) filed on November 3, 2014, where Plaintiff requests a ninety (90) day stay of the proceedings. Defendants do not object to Plaintiff's request. Accordingly, Defendants, Frenkel Lambert Weiss Weissman & Gordon, LLP and Matthew Hearne, request that they not be required to answer the Complaint or otherwise plead within said timeframe.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 10th day of November, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Kenyetta N. Alexander, Esquire kalexander@pearsonbitman.com; and Ronnie J. Bitman, Esquire, rbitman@pearsonbitman.com; Pearson & Bitman, 485 N. Keller Road, Maitland, FL 32751; Stephanie McAlister, Esquire, smcalister@wargofrench.com; flservice1@wargofrench.com; Wargo & French, LLP, 201 S. Biscayne Boulevard, Suite 1000, Miami, FL 33131, and I further certify that a copy of the foregoing and Notice of Electronic Filing has been furnished, by first-class mail, to the following non-CM/ECF participant Neil Dyer, *pro se* Plaintiff, 11243 Preston Cove Road, Clermont, FL 34711.

s/Walter A. Ketcham, Jr.
WALTER A. KETCHAM, JR.
Florida Bar No. 156630
RAMON VAZQUEZ
Florida Bar No. 0196274
Attorneys for Defendants, Frenkel Lambert Weiss
Weissman & Gordon, LLP and Matthew Hearne
GROWER, KETCHAM, RUTHERFORD,
BRONSON, EIDE & TELAN, P.A.
P.O. Box 538065

Orlando, FL  32853-8065
Suite 450, 901 N. Lake Destiny Road
Maitland, FL  32751-4886
Phone: (407) 423-9545; Fax:  (407) 425-7104
e-mail  rvazquez@growerketcham.com
waketcham@growerketcham.com
enotice@growerketcham.com
gsthomas@growerketcham.com

3